# United States Bankruptcy Court
## District of New Mexico

In re  Kipp C. Nall
      Sara N. Nall
                            Debtor(s)

Case No.  14-12879- tl
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

**Property No. 1**

| **Creditor's Name:** Cap1/polrs | **Describe Property Securing Debt:** 2014 Polaris Ranger - used - high miles |
|---|---|

Property will be (check one):
☐ Surrendered  ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ☒ Not claimed as exempt

**Property No. 2**

| **Creditor's Name:** Century Bank | **Describe Property Securing Debt:** Primary Residence/commercial property and equipment attached hereto as Exhibit "A" <br> Location: 8120 Bataan Memorial East, Las Cruces NM 88011/and additional inventory, equipment of KN Enterprises, LLC |
|---|---|

Property will be (check one):
☒ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ☒ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Century Bank | **Describe Property Securing Debt:**<br>Primary Residence/commercial property - value based on recent appraisal - mid-2014<br>Location: 8120 Bataan Memorial East, Las Cruces NM 88011 |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Clarks Fork, LLC | **Describe Property Securing Debt:**<br>Inventory & equipment |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Dona Ana Country Treasurer | **Describe Property Securing Debt:**<br>Primary Residence/commercial property - value based on recent appraisal - mid-2014<br>Location: 8120 Bataan Memorial East, Las Cruces NM 88011 |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:** Sheffield Fn | **Describe Property Securing Debt:** 2014 Polaris Ranger - used w/600 miles |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** Sheffield Fn | **Describe Property Securing Debt:** 2014 Polaris Ranger - used with 600 miles |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:** White Sands | **Describe Property Securing Debt:** 2013 Ford F350 36,000 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

**Property No. 9**

| **Creditor's Name:** White Sands | **Describe Property Securing Debt:** 2008 New Vision RV |
|---|---|

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ■ Not claimed as exempt

**Property No. 10**

| **Creditor's Name:** White Sands | **Describe Property Securing Debt:** 2014 Ford Taurus SEL 2200 miles |
|---|---|

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ■ Not claimed as exempt

**Property No. 11**

| **Creditor's Name:** White Sands | **Describe Property Securing Debt:** 2008 Chevrolet Duramax 3500 pickup truck 158,000 miles |
|---|---|

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain  Retain and continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____    Signature _____
                                Kipp C. Nall
                                Debtor

Date _____    Signature _____
                                Sara N. Nall
                                Joint Debtor